UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-AP-02684-WYD

ADRIENNE BOIVIN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed June 1, 2006.  The Court, having reviewed the motion and file and being fully advised in the premises,

ORDERS that the Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act is **GRANTED**.  In accordance therewith, it is

ORDERED that counsel for Plaintiff shall be awarded attorney fees in the amount of $4,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

    Dated:  June 2, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge